IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr334

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>)<br>VERSHAWN TERRELL STOKES )<br>) | ORDER |

THIS MATTER is before the Court on the defendant's motion (Doc. No. 23) to unseal his motion to continue (Doc. No. 20). The Court previously denied the defendant's request (Doc. No. 21) to file the motion to continue ex parte and under seal to allow the government to respond to the motion. (Doc. No. 22: Order). The defendant has elected to unseal, rather than withdraw, the motion.

IT IS, THEREFORE, ORDERED that the defendant's motion (Doc. No. 23) to unseal his motion to continue (Doc. No. 20) is GRANTED, and a copy of the motion to continue shall be provided to the government immediately.

IT IS FURTHER ORDERED that the government shall file its response to the motion to continue on or before May 31, 2006.

Signed: May 30, 2006

Robert J. Conrad, Jr.
United States District Judge