UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

NOV - 1 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR334 |
| | ) | |
| vs. | ) | ORDER FOR TRANSFER OF CUSTODY |
| | ) | |
| VERSHAWN TERRELL STOKES | ) | |

**THIS MATTER** is before the Court on the Government's motion for the transfer of custody of Defendant.

The Court has carefully reviewed the motion, and believes that good cause has been shown to justify the temporary transfer of custody of Defendant from the United States Marshals Service to the Bureau of Alcohol, Tobacco & Firearms (ATF) Special Agent Anthony Hoskins, and/or another designated agent. The transfer shall be subject to the following conditions:

(1) The United States Marshals Service shall allow the intermittent and periodic transfer of custody of the defendant to the Bureau of Alcohol, Tobacco & Firearms (ATF) Special Agent Anthony Hoskins, and/or another designated agent, for the purpose of taking a polygraph during the day of November 5, 2007. The defendant shall be returned to the Mecklenburg County Jail no later than 5:00 p.m.

(2) Custody of the defendant may be given to ATF Special Agent Anthony Hoskins and/or another designated agent, provided at least one other law enforcement agent is present when the defendant is transported. The United States Marshals Service shall not turn over custody of the defendant unless ATF Special Agent Anthony Hoskins and/or another designated agent is present.

(3)     When the defendant is picked up at the Mecklenburg County Jail, agents shall use the same security and restraints as used by the United States Marshals Service when transporting a prisoner; i.e., the defendant shall be placed in handcuffs and leg shackles whenever being transported.

(4)     The only location that the defendant is to be transported to shall be the ATF office located at 6701 Carmel Road, Charlotte, North Carolina. At no time should the defendant be in any other location other than when being transported to and from the Mecklenburg County Jail. There will be no exceptions to this provision without written motion and a corresponding written order.

(5)     Agents shall provide the United States Marshals Service with reasonable notice regarding the time they intend to obtain custody of the defendant.

IT IS SO **ORDERED**.

This the 1st day of November 2007.

CARL HORN III
UNITED STATES MAGISTRATE JUDGE